# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                             4:04-CR-00147-07-WRW

**ROBERT ARNETT**

## ORDER

Pending is the Prosecution's Motion For Early Termination of Supervised Release (Doc. No. 643) in which the Prosecution asks the Court to terminate Defendant Robert Arnett's supervised release. The Prosecution's Motion sets out that Defendant Arnett successfully completed his term at the City of Faith residential reentry center, and has complied with all conditions of supervised release.[1] The Prosecution's Motion also sets out that Defendant Arnett's supervising probation officer has no objection to the Court terminating Mr. Arnett's supervised release.[2] For good cause shown, the Prosecution's Motion is GRANTED. Defendant Robert Arnett's supervised release is terminated.

IT IS SO ORDERED, this 27th day of October, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 643.

[2] *Id.*